**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANDRES SANTANA,<br><br>               Plaintiff,<br><br>   v.<br><br>GEORGE GASCON, et, al.,<br><br><br>               Defendants. | Case No. LA CV 24-00421-MCS (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: July 30, 2024

_____
       MARK C. SCARSI
UNITED STATES DISTRICT JUDGE